# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GREGORY DAVIS,**

    **Plaintiff,**

**v.**                                         **Civil Action No. 1:07cv63**
                                                       **(Judge Keeley)**

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**

## ORDER TERMINATING MOTION

On May 14, 2007, *pro se* plaintiff, Gregory Davis, initiated this action as a Federal Tort Claim Act and as a <u>Bivens</u> complaint. On June 4, 2007, the plaintiff filed a document titled "Motion Description of Defendant's" in which he attempts to describe the John Doe defendants in more detail. Although the document is titled a motion and was docketed accordingly, the plaintiff does not request any relief. Therefore the Clerk is directed to terminate the motion (Doc. 9). The document, however, will remain on file and will be considered by the Court as necessary.

IT IS SO ORDERED.

The Clerk of the Court is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: October 24, 2007

                                                              /s/ James E. Seibert
                                                              JAMES E. SEIBERT
                                                              UNITED STATES MAGISTRATE JUDGE